**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Antoine Khoury, | Civil No. 08-973 (RHK/JJK) |
| Plaintiff, | **ORDER** |
| vs. | |
| Group Health Plan, Inc., Reliastar Life Insurance Company, | |
| Defendants. | |

---

Based on the parties' Stipulation (Doc. No. 38), **IT IS ORDERED** that Defendant Group Health Plan, Inc. is **DISMISSED WITH PREJUDICE**.

Dated:  January 23, 2009

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge