# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Antoine Khoury,

      Plaintiff,

              Civ. No. 08-973 (RHK/JJK)
                   **ORDER**

v.

Group Health Plan, Inc., and Reliastar
Life Insurance Company,

      Defendants.

---

  This matter is before the Court *sua sponte*. Defendant Reliastar Life Insurance Company has filed a Motion for Summary Judgment in this action, which is scheduled to be heard on August 28, 2009, at 1:00 p.m. Both Reliastar and Plaintiff have now informed the Court that they consent to the Motion being submitted without argument. Accordingly, **IT IS ORDERED** that the hearing on Reliastar's Motion is **CANCELED**. The Motion is deemed submitted as of August 19, 2009, the date of Reliastar's Reply Memorandum.

Dated: August 26, 2009                s/Richard H. Kyle
                                RICHARD H. KYLE
                                United States District Judge